# IN THE SUPREME COURT OF THE STATE OF NEVADA

ACC INDUSTRIES, INC., A NEVADA
CORPORATION; ACC ENTERPRISES,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; HOWARD MISLE, AN
INDIVIDUAL; AND PETER SELTZER,
AN INDIVIDUAL,

                     Appellants,

          vs.

HILL HEALTH, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
INSIGHTMEDICA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

                     Respondents.

No. 76828

**FILED**

MAY 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Douglas Smith, District Judge
       Ara H. Shirinian, Settlement Judge
       Fennemore Craig, P.C./Las Vegas
       Marquis Aurbach Coffing
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-20063